IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:11CR146 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SEBASTIAN TINO, | ) | |
| | ) | |
| Defendant. | ) | |

Christopher J. Buckley is listed as counsel of record for the defendant. The court records show the Office of the Clerk of Court sent an ex parte notice on April 14, 2015, (Filing No. 53) to: Christopher J. Buckley, by electronic filing. The notice directed the attorney to pay the 2015/2016 attorney assessment fee, as required by NEGenR 1.7(h), within thirty days. As of the close of business on May 29, 2015, the attorney had not complied with the request set forth in the notice from the Office of the Clerk.

On June 1, 2015, the court issued an order (Filing No. 54) directing the attorney to pay the assessment or show cause by **June 15, 2015,** why he could not comply with the rules of the court. Mr. Buckley did not respond to the court's order. Accordingly,

**IT IS ORDERED:**

Christopher J. Buckley is stricken as an attorney of record for the defendant. Said attorney may apply to be readmitted as an attorney of record only after paying the 2015/2016 attorney assessment fee, as required by NEGenR 1.7(h).

Dated this 24th day of June 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge